**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)**

| | | |
|---|---|---|
| TAX CERTIFICATES CONSULTANTS, INC., et al. | * | |
| | * | |
| Plaintiffs | | |
| | * | Case No.: 1:20-cv-02998 |
| v. | | |
| | * | |
| BRONSON LEE PARTNERS FUND III, LLC, et al. | * | |
| | | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION OF DISMISSAL**

COMES NOW, Plaintiffs Tax Certificates Consultants, Inc., Terrapin Certificates, LLC, and James F. Truitt, Jr., PA (the "Plaintiffs"), by and through counsel John F. Dougherty and Kramon & Graham, P.A., and with the consent and agreement of the Defendants, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of the Defendants as follows:

1. Defendant Edward Tilly shall be dismissed with prejudice; and

2. Defendants Bronson Lee Partners Fund III, LLC, Thornton Mellon LLC, Danny Noonan LLC, Al Czervik LLC, Geoffrey B. Polk, and Christopher Brusznicki shall be dismissed without prejudice.

3. Each party shall bear its own costs and expenses.

        Respectfully Submitted,

        */s/ John F. Dougherty*
        John F. Dougherty (Bar No. 25369)
        Kramon & Graham, P.A.
        One South Street, Suite 2600
        Baltimore, Maryland 21202-3201
        (410) 752-6030 (phone)
        (410) 539-1239 (facsimile)
        jdougherty@kg-law.com
        *Attorneys for Plaintiff*


        COUNCIL, BARADEL,
        KOSMERL & NOLAN, PA


By:    *//Brian T. Gallagher//*
        Brian T. Gallagher (Bar MD 18264)
        125 West Street, 4th Floor
        Annapolis, Maryland 21401
        Gallagher@CouncilBaradel.com
        410-268-6600
        *Counsel for Defendants*


## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September, 2021, I served a copy of the foregoing paper via the Court's CM/ECF system to the following counsel of record:

    Brian T. Gallagher
    Counsel for Defendants

        */s/ John F. Dougherty*
        John F. Dougherty